1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   ROBERT N. MICHAELS (PABN 200918)
5  Special Assistant United States Attorney

6      Defense Language Institute – Criminal Law
       1336 Plummer Street, Building 275
7      Monterey, CA  93944
       Telephone: (831) 242-4537
8
   Attorneys for Plaintiff

FILED

2008 AUG 20 P 3: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

E-FILING

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00563-MAG |
| Plaintiff, | |
| vs. | VIOLATIONS: 18 U.S.C. §13, assimilating California Vehicle Code §12500(a) Unlicensed Driver. |
| DANIEL ANDRADE-CORREA, | |
| Defendant. | |

# INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. §13, assimilating California Vehicle Code §12500(a) – Unlicensed Driver.

On or about 29 April 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

DANIEL ANDRADE-CORREA,

1

INFORMATION
United States of America v. Daniel Andrade-Correa

1 did unlawfully drive a motor vehicle upon a highway without holding a valid driver's license
2 issued under the Vehicle Code of the State of California, in violation of Title 18, United States
3 Code, Section 13, assimilating California Vehicle Code Section 12500(a), a Class B
4 misdemeanor.

DATED: 7/31/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____)
CPT Robert N. Michaels
SAUSA

2

INFORMATION
United States of America v. Daniel Andrade-Correa

AO 257 (Rev. 9/92)

**CR-08 00563-MAG**   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

FILED 2008 AUG 20 P 3: 13
RICHARD W. WIEKING
U.S. CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**
See Attached

  E-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT** — DANIEL ANDRADE-CORREA

Address:

Birth Date: (Optional unless a juvenile)
☑ Male   ☐ Female   ☐ Alien (if applicable)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST
Or... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
Process: Summons for arraignment

To appear before Judge Lloyd on 6 October 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

ATTACHMENT TO PENALTY SHEET
U.S. v. DANIEL ANDRADE-CORREA

**COUNT ONE:** 18 U.S.C., Sec. 13, assimilating CVC 12500(A) – Driving without a valid California driver's license.

    Penalties:    Mandatory Minimum:
                            N/A

                         Maximum Penalties:
                            6 months imprisonment in county jail.
                            $1,000 fine